# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

152367 & (52)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MARSHA THOMAS, MICHAEL WOODCOCK,
CINDY DeLONG, RICHARD GUTE,
MICHAEL GRAHAM, JAN GRAHAM,
SALVATORE M. SCOZZARI, TIMOTHY
TONER, PATRICIA TONER, GEORGE
CUMMINGS, KELLY CUMMINGS, JOSEPH
YOUNG, ELLEN YOUNG, MICHAEL KLUTZ,
SHERYL KLUTZ, KENNETH PASSAGE, TONI
PASSAGE, RICHARD HESS, LYNDA HESS,
THERESA TURNER, JAMES FIELDER,
DENISE FIELDER, DONALD SUIDA, CAROL
SUIDA, PHILLIP STROPKE, SHARON
STROPKE, LORENZO DIAZ, DICK
VanWIEREN, DONNA VanWIEREN, DANIEL
MITCHELL, and JERRY MORROW,
   Plaintiffs/
   Counter-Defendants-Appellants/
   Cross-Appellees,

v

WHITE BIRCH LAKES RECREATION
ASSOCIATION, ROBERT BRIGGS, TERESA
STEPHENS, KEVIN DOMBROWSKI, MARY
COX-PERKINS, STEVE BRYANT, and DAWN
HOLZER,
   Defendants/
   Counter-Plaintiffs-Appellees/
   Cross-Appellants.
_____/

SC: 152367
COA: 322836
Clare CC: 11-900526-CH

On order of the Court, the application for leave to appeal the June 9, 2015 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016



Clerk

t0330